

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 06-30585

CV04-2151 C

United States Court of Appeals
Fifth Circuit
**FILED**
September 14, 2006

Charles R. Fulbruge III
Clerk

JACQUELINE GAUTHE

Plaintiff - Appellant

v.

HOSPITAL SERVICE DISTRICT NO 1 OF THE PARISH OF TERREBONNE doing business as, Terrebonne General Medical Center

Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of September 14, 2006, for want of prosecution. The appellant failed to timely file brief and record excerpts.

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Kim Folse, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

A true copy
9/14/06

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 14, 2006

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 06-30585  Gauthe v. Hosp Svc Terrebonne
    USDC No. 2:04-CV-2151

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Kim Folse, Deputy Clerk
504-310-7712

cc: w/encl:
    Ms Jacqueline Gauthe
    Mr Stephen Mark Klyza

MDT-1